<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Deree J. Norman,                  :
                Petitioner     :
                                 :
            v.               :         No. 690 C.D. 2020
                                 :
Pennsylvania Public Utility       :
Commission,                   :
               Respondent    :

**<u>PER CURIAM</u>**                 **<u>O R D E R</u>**

       NOW, April 20, 2021, upon consideration of Petitioner's application for reconsideration and Respondent's answer in response thereto, the application is denied.